668

■ In the Matter of the Claim of ISRAEL MACIAS, Respondent, v. CONSTITUTION REALTY CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.